UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARION C. BURNETT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN SANDERS,<br><br>　　　　Defendant. | No. ED CV 11-00636-JHN (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |

　　Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.

　　**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED: September 22, 2011

　　　　　　　　　　　　　　　　　／s／ Jacqueline H. Nguyen
　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE