UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARION C. BURNETT, | ) | No. ED CV 11-00636-JHN (VBK) |
| Plaintiff, | ) ) | JUDGMENT |
| v. | ) ) | |
| WARDEN SANDERS, | ) ) | |
| Defendant. | ) ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: September 22, 2011

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE